UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANETIRONY CLERVRAIN,<br>Plaintiff,<br>v.<br>EDMUND J. BROWN, et al.,<br>Defendants. | Case No. 19-cv-01219-HSG<br>**ORDER OF DISMISSAL** |

Plaintiff, an inmate at Big Spring Correctional Institution in Big Springs, Texas, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On May 31, 2019, the Court dismissed the complaint with leave to amend. Dkt. No. 17. The Court granted Plaintiff leave to file an amended complaint no later than June 28, 2019, cautioning him that failure to file an amended complaint by the deadline would result in the dismissal of this action. *Id.* at 5. Plaintiff did not file an amended complaint, and the deadline by which to do so has passed. For the foregoing reasons, and the reasons stated in the order of dismissal with leave to amend, this action is DISMISSED for failure to state a claim upon which relief may be granted. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 7/24/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge