UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANETIRONY CLERVRAIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDMUND J. BROWN, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-01219-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED. The Clerk shall enter judgment in favor of Defendants and close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/24/2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge