United States District Court
Northern District of California

1
2
3
4                           UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
7     MANETIRONY CLERVRAIN,                    Case No. 19-cv-01219-HSG
8                  Plaintiff,
                                               **ORDER DENYING PENDING**
9            v.                                **MOTION**
10    EDMUND J. BROWN, et al.,                  Re: Dkt. No. 21
11                 Defendants.
12
13          Plaintiff filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  On May
14    31, 2019, the Court dismissed the complaint with leave to amend because, among other things, it
15    was incoherent and incomprehensible.  Dkt. No. 17.  On July 24, 2019, the Court dismissed this
16    action and entered judgment in favor of defendants because plaintiff had not filed an amended
17    complaint.  Dkt. Nos. 19, 20.   Plaintiff has now filed a pleading titled "Motion for Supplemental
18    Injustice Adversely Affected ["The ANT'S"] And for ["*Related Mater(s)*"] for Justification Act
19    ("TAJA").  Dkt. No. 21.  This motion is DENIED.  This case is closed and the only motion that
20    the Court will consider in this case is a motion to reopen.  Any motion to reopen must be
21    accompanied by an amended complaint that addresses the deficiencies identified in the Court's
22    July 24, 2019 order and shows good cause for failing to file an amended complaint by the deadline
23    set forth in the July 24, 2019 order.  The Clerk is directed to send a courtesy copy of this order to
24    the address listed on the pleading: BKN 19001382, Moore Detention Center, 111 S. Alabama
25    Street, Okmulgee OK 74447.  Plaintiff must file a notice of change of address with the Court to
26    update his address in the docket.
27    //
28    //

1    This order terminates Dkt. No. 21.

2    **IT IS SO ORDERED.**

3    Dated:  4/29/2020

4    HAYWOOD S. GILLIAM, JR.

5    United States District Judge