UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANETIRONY CLERVRAIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND J. BROWN, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-01219-HSG<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Re: Dkt. No. 25 |

Plaintiff, a California prisoner, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has requested leave to proceed *in forma pauperis* on appeal. Dkt. No. 25. The Court finds that the appeal is not taken in good faith and therefore leave to proceed *in forma pauperis on appeal* is DENIED and plaintiff's *in forma pauperis* status is REVOKED. *See* 28 U.S.C. § 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). This case remains closed. The Clerk shall transmit a copy of this order to the Court of Appeals.

This order terminates Dkt. No. 25.

**IT IS SO ORDERED.**

Dated: 10/8/2020

　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam, Jr.*
　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge