UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANETIRONY CLERVRAIN,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND J. BROWN, et al.,<br><br>Defendants. | Case No. 19-cv-01219-HSG<br><br>**ORDER DENYING REQUEST FOR MISCELLANEOUS RELIEF**<br><br>Re: Dkt. No. 29 |

Plaintiff filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On May 31, 2019, the Court dismissed the complaint with leave to amend because, among other things, it was incoherent and incomprehensible. Dkt. No. 17. On July 24, 2019, the Court dismissed this action and entered judgment in favor of defendants because plaintiff had not filed an amended complaint. Dkt. Nos. 19, 20. Plaintiff has now filed a pleading titled "Motion for 'Enabling Right Status or Racial Neutral Content or ['Revoke Alien Status Act'] indeed for Opportunity (RASA) by Invoking the Comprehensive Judicial Reform Act (CJRA)." Dkt. No. 29. This motion is DENIED. This case was closed over a year and a half ago. The Court will not entertain further motions in this closed case.

This order terminates Dkt. No. 29.

**IT IS SO ORDERED.**

Dated: 2/8/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge